NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANASTASIA PYATKOVA, <br><br> Plaintiff, <br><br> v. <br><br> SYLENA MOTORCARS, ET AL., <br><br> Defendants. | Civil Action No.15-cv-3263 (SDW)(SCM) <br><br><br> ORDER <br><br><br> February 18, 2015 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on February 3, 2016 by Magistrate Judge Steven C. Mannion ("Judge Mannion"), recommending that Defendant Sylena Motorcars' Motion to Dismiss (Dkt. No. 19) be granted. Plaintiff did not file an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (Dkt. No. 25) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
　　 Magistrate Judge Mannion