Evan D. Weiner, Esq.
Weiner Legal Group, LLC
660 Tennent Road, Suite 201
Manalapan, NJ 07726
Tel: (732) 490-7800
Attorney for Plaintiff

| | | |
|---|---|---|
| **Anastasia Pyatkova** | : | DISTRICT COURT OF NEW JERSEY |
| Plaintiffs | : | CASE NO.: 2:15-cv-03263-SDW-SCM |
| v. | : | **CIVIL ACTION** |
| Vitali Vilaine, Larissa Hovannisyan | : | **ORDER ENTERING DEFAULT JUDGMENT AND SCHEDULE A PROOF HEARING** |
| Defendants | : | |

This matter having come before the Court upon the application of Weiner Legal Group, attorney for the Plaintiff, Anastasia Pyatkova, returnable on July 5, 2016, for an Order entering Default Judgment in favor of the Plaintiff and against the Defendants, Vitali Vilaine and Larissa Hovannisyan, on the issue of liability, and for good cause shown:

IT IS on this _14th_ day of _June_ 2016;

1. ORDERED that default judgment on the issue of liability be and the same is hereby _denied as Plaintiff has not obtained Default._ ~~entered in favor of Plaintiff against Defendant~~ ~~and it is further~~

2. ~~ORDERED that this matter be scheduled for a proof hearing on the issue of damages on _____, 2016; and it is further~~

3. ORDERED that a copy of this Order be served upon all parties within _7_ days from the date hereof.

_____
, J.S.C.
SUSAN D. WIGENTON, U.S.D.J.