**Evan D. Weiner, Esq.**
**3 Churchill Court**
**Morganville, NJ 07751**
**(732) 995-1653**
**Attorney for Plaintiffs**

---------------------------------------------------------------

| | |
|---|---|
| Petitioner | : US DISTRICT COURT |
| | : District Court of New Jersey |
| Pyatkova | : |
| | :Docket No. 2:15-cv-03263-SDW-SCM |
| | : |
| vs. | : |
| | : |
| | : ORDER TO BE RELIEVED |
| Defendants | : AS COUNSEL |
| | : |
| SYLENA MOTORCARS, et al. | : |

---------------------------------------------------------------

  This matter having come before the Court upon the application of Evan D. Weiner, Esq., attorney for Plaintiff, Anastasia Pyatkova, for an Order to be relieved as counsel, and the Court having read the moving papers, and any papers filed in opposition thereto, and for good cause shown;

  IT IS on this _____ day of _____, 2016;

  1. ORDERED that the law offices of Weiner Legal Group, LLC and Evan D. Weiner, Esq. be and hereby is relieved as counsel for Anastasia Pyatkova; and it is further

  2. ORDERED that Anastasia Pyatkova file a Substitution of Attorney with the Court within _____ days of the date of this Order; and it is further

  3. ORDERED that if Anastasia Pyatkova fails to file a Substitution of Attorney within the time allowed by the Court, then he shall be considered as pro se (representing himself); and it is further

  4. ORDERED that a copy of this Order be served upon all parties within _____ days of receipt by Plaintiff's attorney.

                 _____

                         J.S.C.

___UNOPPOSED
___OPPOSED